*V. E. Padgett,* for plaintiff.

*C. H. Parker,* for defendants.

---

15584.  ARBUCKLE BROTHERS *v.* JAQUES & TINSLEY COMPANY.

BROYLES, C. J.  Under the facts of the case as disclosed by the record, and especially by the answer of the trial magistrate to the petition for certiorari, it does not appear that the judge of the superior court erred in overruling the certiorari.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JULY 15, 1924.

Certiorari; from Bibb superior court—Judge Malcolm D. Jones. March 13, 1924.

*Powers & Powers, E. W. Maynard,* for plaintiffs.

*Jones, Park & Johnston,* for defendant.